| | |
|---|---|
| SUPREME COURT OF THE STATE OF NEW YORK<br>COUNTY OF QUEENS | Attorney: HARMON, LINDER &<br>ROGOWSKY, ESQS. - 5 |
| DEBORAH WOODS<br><br>Plaintiff(s)<br><br>- against -<br><br>THE CITY OF NEW YORK ET AL<br><br>Defendant(s) | Index #: 9409/2015<br><br>Purchased: August 3, 2015<br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 5, 2015 at 01:22 PM at

100 CHURCH STREET
NEW YORK, NY 10007

deponent served the within true copy of the SUMMONS & VERIFIED COMPLAINT on THE CITY OF NEW YORK, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH B.MAZYCK, LEGAL CLERK , BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | SALT & PEPPER | 60 | 5'4 | 180 |
| GLASSES | | | | | |

Authorized to accept service by Legal Department

The Summons Served had endorsed thereon the Index number and date of filing.

FILED
AUG 07 2015
COUNTY CLERK
QUEENS COUNTY

Sworn to me on: August 5, 2015

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2017

Gotham Process Inc.
299 Broadway
New York NY 10007

**SIEH CLARK**
License #: 1187234
Docket #:    *954516*

Printed: 9/1/2015

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF QUEENS

DEBORAH WOODS

Plaintiff(s)

- against -

THE CITY OF NEW YORK ET AL

Defendant(s)

Attorney: HARMON, LINDER & ROGOWSKY, ESQS. - 5

Index #: 9409/2015

Purchased: August 3, 2015
Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 5, 2015 at 04:47 PM at

4 WORLD TRADE CENTER
NEW YORK, NY 10007

deponent served the within true copy of the SUMMONS & VERIFIED COMPLAINT on PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE/PEACE/SECURITY OFFICER, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH NOEL STEVENSON, LEGAL CLERK , BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BALD | 32 | 5'6 | 160 |

Authorized to accept service by Legal Department

The Summons Served had endorsed thereon the Index number and date of filing.

**FILED**
AUG 0 7 2015
COUNTY CLERK
QUEENS COUNTY

Sworn to me on: August 6, 2015

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2017

Gotham Process Inc.
299 Broadway
New York NY 10007

**SIEH CLARK**
License #: 1187234
Docket #:     *954517*

Printed: 9/1/2015

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF QUEENS

DEBORAH WOODS

                                              Plaintiff(s)

- against -

THE CITY OF NEW YORK ET AL

                                              Defendant(s)

Attorney: HARMON, LINDER & ROGOWSKY, ESQS. - 5

Index #: 9409/2015

Purchased: August 3, 2015
Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on August 5, 2015 at 04:47 PM at

4 WORLD TRADE CENTER
NEW YORK, NY 10007

deponent served the within true copy of the SUMMONS & VERIFIED COMPLAINT on PORT AUTHORITY OF NEW YORK AND NEW JERSEY, the defendant/respondent therein named.

    BY LEAVING A TRUE COPY WITH NOEL STEVENSON, LEGAL CLERK , BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BALD | 32 | 5'6 | 160 |

Authorized to accept service by Legal Department

The Summons Served had endorsed thereon the Index number and date of filing.

FILED
AUG 0 7 2015
COUNTY CLERK
QUEENS COUNTY

Sworn to me on: August 6, 2015

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2017

Gotham Process Inc.
299 Broadway
New York NY 10007

**SIEH CLARK**
License #: 1187234
Docket #:  *954518*