UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
DEBORAH WOODS,

                                      Plaintiff,

                  -against-

THE CITY OF NEW YORK, PORT AUTHORITY OF
NEW YORK AND NEW JERSEY AND POLICE/PEACE/
SECURITY OFFICER "JOHN DOE",

                                  Defendants.
-------------------------------------------------------------------------x

Civil Action No. 15-cv-5167

## DECLARATION OF DIANE WESTWOOD WILSON

I, Diane Westwood Wilson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of this Court and a partner with the law firm of Dentons US LLP, counsel for the Port Authority of New York and New Jersey ("Port Authority").

2. I make this Declaration in support of the Port Authority's Notice of Removal.

3. As indicated by the attached email dated September 4, 2015 from Jeffrey Casey, Esq., Defendant the City of New York consents to the filing of the Port Authority's Notice of Removal. The other putative defendant is a "John Doe."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       September 4, 2015

                                                            _____
                                                             Diane Westwood Wilson

TO: Mark J. Linder, Esq.
Harmon & Linder
3 Park Avenue, Suite 2300
New York, New York  10016
(212) 732-3665
*Attorneys for Plaintiff*

Zachary W. Carter, Esq.
Corporation Counsel
100 Church Street
New York, New York  10007

-and-

Jeffrey Casey, Esq.
Senior Counsel
New York City Law Department
89-17 Sutphin Boulevard, Room 489
Jamaica, New York 11435
*Attorneys for Defendant The City of New York*

# EXHIBIT 1

**From:** Casey, Jeffrey (Law) [mailto:jcasey@law.nyc.gov]
**Sent:** Friday, September 04, 2015 11:47 AM
**To:** Tingey, Rebecca; Wilson, Diane
**Subject:** Woods, Deborah, Index # 9409/15, City File # 2015-037977

Dear Diane and Rebecca,

As you know, I am counsel for the City of New York in the above case. I am writing this email to formerly memorialize the City of New York's consent to remove this case to Federal Court.

If you have any questions, please feel free to call me.

Jeff

*Jeffrey Casey*
Senior Counsel
New York City Law Department
89-17 Sutphin Boulevard, Room 489
Jamaica, New York 11435
Phone: 718-558-2124
Fax: 718-558-2109