UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
DEBORAH WOODS,

                     Plaintiff,

      -against-

THE CITY OF NEW YORK, PORT AUTHORITY OF
NEW YORK AND NEW JERSEY AND POLICE/PEACE/
SECURITY OFFICER "JOHN DOE",

                     Defendants.
-----------------------------------------------------------------------x

Civil Action No. 15-cv-5167

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                 ) ss.:
COUNTY OF NEW YORK   )

Robert Gee, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and is employed by Dentons US LLP.

That on the 4th day of September, 2015, the deponent served a *copy* of the **(i) Defendant's Notice of Removal with Exhibits; (ii) Declaration of Diane Westwood Wilson with Exhibit 1 and (iii) Civil Cover Sheet** by depositing a true and correct copy of same through the United States Mail postage prepaid to:

                             Mark J. Linder, Esq.
                             Harmon & Linder
                           3 Park Avenue, Suite 2300
                           New York, New York  10016
                            *Attorney for Plaintiff*

                           Zachary W. Carter, Esq.
                           Corporation Counsel
                           100 Church Street
                           New York, New York  10007
                              -and-

Jeffrey Casey, Esq.
Senior Counsel
New York City Law Department
89-17 Sutphin Boulevard, Room 489
Jamaica, New York 11435
*Attorneys for Defendant The City of New York*

_____
[signature: Robert Ger]

Sworn to me this
4th day of September, 2015

_____
NOTARY PUBLIC

KRISTEN M. BEYSTEHNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BE6313817
Qualified in New York County
My Commission Expires October 20, 2018