**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
DEBORAH WOODS,

                            Plaintiff,

          -against-

THE CITY OF NEW YORK, PORT AUTHORITY OF
NEW YORK AND NEW JERSEY AND POLICE/PEACE/
SECURITY OFFICER "JOHN DOE",

                           Defendants.
---------------------------------------------------------------------x

No. 15-cv-5167-SJ-MDG

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that Rebecca Tingey of Dentons US LLP, hereby appears in the above-entitled action for Defendant Port Authority of New York and New Jersey and hereby requests that copies of all pleadings, documents, and correspondence submitted to date in this matter be served upon the undersigned and that copies of all notices and papers be served upon the undersigned at the address listed below.

Dated: New York, New York
            September 9, 2015

DENTONS US LLP

By:    s/ Rebecca Tingey
        Rebecca Tingey

230 Park Avenue, Suite 1700
New York, New York 10169
Tel: (212) 905-8341
Fax: (212) 922-1819
Email: rebecca.tingey@dentons.com

Attorneys for Defendant Port Authority of
New York and New Jersey

TO:   Mark J. Linder, Esq.
        Harmon & Linder
        3 Park Avenue, Suite 2300
        New York, New York  10016
        (212) 732-3665
        *Attorneys for Plaintiff*

Zachary W. Carter, Esq.
Corporation Counsel
100 Church Street
New York, New York 10007

-and-

Jeffrey Casey, Esq.
Senior Counsel
New York City Law Department
89-17 Sutphin Boulevard, Room 489
Jamaica, New York 11435
*Attorneys for Defendant*
*The City of New York*