**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

DEBORAH WOODS,

Plaintiff,

-against-

THE CITY OF NEW YORK, PORT AUTHORITY OF NEW YORK AND NEW JERSEY AND POLICE/PEACE/ SECURITY OFFICER "JOHN DOE",

Defendants.

-----------------------------------------------------------------------x

No. 15-cv-5167-SJ-MDG

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for the undersigned, Rebecca Tingey.

OLD FIRM: McKenna Long & Aldridge LLP
230 Park Avenue, Suite 1700
New York, New York 10169
tel.: 212-905-8341
fax: 212-922-1918
email: rtingey@mckennalong.com

NEW FIRM: Dentons US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
tel.: 212-768-6700
fax: 212-768-6800
email: rebecca.tingey@dentons.com

I will continue to be counsel of record on the above-entitled case at my new firm.

Dated: New York, New York
September 9, 2015

DENTONS US LLP

By: _ s/ Rebecca Tingey
Rebecca Tingey

1221 Avenue of the Americas
New York, New York 10020-1089
Tel: (212) 768-6700
Fax: (212) 768-6800
Email: rebecca.tingey@dentons.com

*Attorneys for Defendant Port Authority of New York and New Jersey*

TO: Mark J. Linder, Esq.
Harmon & Linder
3 Park Avenue, Suite 2300
New York, New York 10016
(212) 732-3665
*Attorneys for Plaintiff*

Zachary W. Carter, Esq.
Corporation Counsel
100 Church Street
New York, New York 10007

-and-

Jeffrey Casey, Esq.
Senior Counsel
New York City Law Department
89-17 Sutphin Boulevard, Room 489
Jamaica, New York 11435
*Attorneys for Defendant*
*The City of New York*