UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
DEBORAH WOODS,

                                    Plaintiff,

               -against-

THE CITY OF NEW YORK, PORT AUTHORITY OF
NEW YORK AND NEW JERSEY AND POLICE/PEACE/
SECURITY OFFICER "JOHN DOE",

                                  Defendants.
-----------------------------------------------------------------------x

: No. 15-cv-5167-SJ-MDG

: **<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

Robert Gee, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and is employed by Dentons US LLP.

That on the 10th day of September, 2015, the deponent served a *copy* of the **(i) Notice of Appearance of Rebecca A. Tingey and (ii) Notice of Change of Firm Name / Address / Phone Number / E-mail Address** by depositing a true and correct copy of same through the United States Mail postage prepaid to:

                            Mark J. Linder, Esq.
                            Harmon & Linder
                           3 Park Avenue, Suite 2300
                           New York, New York  10016
                            *Attorney for Plaintiff*

                           Zachary W. Carter, Esq.
                            Corporation Counsel
                            100 Church Street
                           New York, New York  10007

                                -and-

Jeffrey Casey, Esq.
Senior Counsel
New York City Law Department
89-17 Sutphin Boulevard, Room 489
Jamaica, New York 11435
*Attorneys for Defendant The City of New York*

Sworn to me this
10th day of September, 2015

_____
NOTARY PUBLIC

REBECCA A. TINGEY
Notary Public, State of New York
No. 02TI6174912
Qualified in Kings County
Commission Expires October 1, 2015

_____
Robert Gee