UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
DEBORAH WOODS,

                                  Plaintiff,

                 -against-

THE CITY OF NEW YORK, PORT AUTHORITY OF
NEW YORK AND NEW JERSEY AND POLICE/PEACE/
SECURITY OFFICER "JOHN DOE",

                               Defendants.
---------------------------------------------------------------------------x

No. 15-cv-5167-SJ-MDG

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

Robert Gee, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and is employed by Dentons US LLP.

That on the 10th day of September, 2015, the deponent served a *copy* of the **(i) Letter Motion for Extension of Time (Dkt. No. 6)** by depositing a true and correct copy of same through the United States Mail postage prepaid to:

        Mark J. Linder, Esq.
        Harmon & Linder
        3 Park Avenue, Suite 2300
        New York, New York  10016
        *Attorney for Plaintiff*

        Zachary W. Carter, Esq.
        Corporation Counsel
        100 Church Street
        New York, New York  10007

        -and-

Jeffrey Casey, Esq.
Senior Counsel
New York City Law Department
89-17 Sutphin Boulevard, Room 489
Jamaica, New York 11435
*Attorneys for Defendant The City of New York*

Sworn to me this
10th day of September, 2015

_____
NOTARY PUBLIC

REBECCA A. TINGEY
Notary Public, State of New York
No. 02TI6174912
Qualified in Kings County
Commission Expires October 1, 2015