UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DEBORAH WOODS,                                : (Hon. Sterling Johnson, Jr.)
                                              :
                    Plaintiff,                : No. 15-cv-5167-SJ-MDG
                                              :
        -against-                             : **NOTICE OF CHANGE OF**
                                              : **FIRM ADDRESS AND FAX**
THE CITY OF NEW YORK, PORT AUTHORITY OF       :
NEW YORK AND NEW JERSEY AND POLICE/PEACE/     :
SECURITY OFFICER "JOHN DOE",                  :
                                              :
                    Defendants.               :
------------------------------------------------------------------x

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for the undersigned, Diane Westwood Wilson.

NEW FIRM ADDRESS & FAX:    Dentons US LLP
                           **1221 Avenue of the Americas**
                           **New York, New York  10020-1089**
                           tel.: 212-905-8369
                           **fax: 212-768-6800**
                           email: diane.wilson@dentons.com

I will continue to be counsel of record on the above-entitled case.

Dated: New York, New York                DENTONS US LLP
       September 22, 2015
                                         By_____
                                            Diane Westwood Wilson

                                         1221 Avenue of the Americas
                                         New York, New York  10020-1089
                                         Tel: (212) 905-8369
                                         Fax: (212) 768-6800
                                         Email: diane.wilson@dentons.com

                                         *Attorneys for Defendant Port Authority of*
                                         *New York and New Jersey*

TO:  Mark J. Linder, Esq.
     Harmon & Linder
     3 Park Avenue, Suite 2300
     New York, New York  10016
     (212) 732-3665
     *Attorneys for Plaintiff*

Zachary W. Carter, Esq.
Corporation Counsel
100 Church Street
New York, New York 10007

-and-

Jeffrey Casey, Esq.
Senior Counsel
New York City Law Department
89-17 Sutphin Boulevard, Room 489
Jamaica, New York 11435
*Attorneys for Defendant*
*The City of New York*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DEBORAH WOODS,                                            : (Hon. Sterling Johnson, Jr.)
                                                          :
                Plaintiff,                              : No. 15-cv-5167-SJ-MDG
                                                          :
    -against-                                            : **AFFIDAVIT OF SERVICE**
                                                          :
THE CITY OF NEW YORK, PORT AUTHORITY OF                   :
NEW YORK AND NEW JERSEY AND POLICE/PEACE/                 :
SECURITY OFFICER "JOHN DOE",                              :
                                                          :
                Defendants.                             :
------------------------------------------------------------------x

STATE OF NEW YORK     )
                             ) ss.:
COUNTY OF NEW YORK  )

    Robert Gee, being duly sworn, deposes and says:

    That deponent is not a party to the action, is over 18 years of age and is employed by Dentons US LLP.

    That on the 22nd day of September, 2015, the deponent served a *copy* of the **NOTICE OF CHANGE OF FIRM ADDRESS AND FAX** by depositing a true and correct copy of same through the United States Mail postage prepaid to:

Mark J. Linder, Esq.<br>
Harmon & Linder<br>
3 Park Avenue, Suite 2300<br>
New York, New York 10016<br>
*Attorney for Plaintiff*

Zachary W. Carter, Esq.
Corporation Counsel
100 Church Street
New York, New York 10007

-and-

Jeffrey Casey, Esq.
Senior Counsel
New York City Law Department
89-17 Sutphin Boulevard, Room 489
Jamaica, New York 11435
*Attorneys for Defendant The City of New York*

Sworn to me this
22nd day of September, 2015

_____
*Robert Gee*

_____
NOTARY PUBLIC

Debra K. Simoncini
Notary Public, State of New York
No. 01SE6174396
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Sept. 17, 2019