UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DEBORAH WOODS,                                    Plaintiff,
              -against-

THE CITY OF NEW YORK, PORT AUTHOIRTY OF NEW YORK AND NEW JERSEY AND POLICE/PEACE/SECURITY OFFICER "JOHN DOE",
                                          Defendants.
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

15-CV-5167 (SJ)(MDG)

       **PLEASE TAKE NOTICE** that Suzanne E. Aribakan, Senior Counsel, on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, appears herein as counsel of record for defendant City of New York in this action, and demands that a copy of the complaint and all notices and other papers be served upon defendant at this office.

Dated:  New York, New York
          October 5, 2015

                                          ZACHARY W. CARTER
                                          Corporation Counsel
                                          of the City of New York
                                          *Attorney for Defendant City of New York*
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 356-2386

                                          By:          /s/
                                                     Suzanne E. Aribakan
                                                     Senior Counsel

cc:    Mark J. Linder, Esq.  (via ECF)
        *Attorney for Plaintiff*
        Harmon & Linder
        3 Park Avenue, Suite 2300
        New York, New York 10016

        Diane Westwood Wilson
        *Attorneys for Defendant Port Authority of New York and New Jersey*
        Dentons US LLP
        230 Park Avenue, Suite 1700
        New York, New York 10169