

| | | |
|---|---|---|
| **Diane Westwood Wilson** | diane.wilson@dentons.com<br>D   212.905.8369 | **Salans FMC SNR Denton**<br>**McKenna Long**<br>dentons.com |
| | Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>United States | |
| | T   212.768.6700<br>F   212.768.6800 | |

November 5, 2015

**BY ECF**

Hon. Marilyn D. Go
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Woods v. The City of New York, et al.</u>, No. 15-cv-05167 (SJ) (MDG)

Dear Judge Go:

    On behalf of the Port Authority of New York and New Jersey (the "Port Authority"), we write to respectfully request an adjournment of the initial conference scheduled on November 9, 2015 at 11:15 a.m. Both Michelle Jean-Jacques from Harmon & Linder, counsel for Plaintiff, and Suzanne Aribakan from the New York City Law Department, counsel for co-defendant The City of New York, have consented to the request.

    We were recently informed that a new firm, Rosenbaum & Taylor, P.C., is going to be substituting in as counsel for the Port Authority; however, the substitution papers have not yet been finalized. As a matter of judicial efficiency and as a courtesy to substituting counsel, we respectfully request that the initial conference be adjourned for 30 days so the substitution papers can be finalized and new counsel can prepare for and attend the initial conference.

    The Port Authority has not made any prior requests to adjourn the initial conference.

                         Respectfully submitted,

                         <u>/s/ Diane Westwood Wilson</u>

                         Diane Westwood Wilson


cc:    Mark J. Linder (counsel for Plaintiff) (via ECF)
        Suzanne Aribakan (counsel for The City of New York) (via ECF)
        Samantha Tejera (substituting counsel) (via email)