UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH WOODS<br><br>                           Plaintiff,<br><br>- against -<br><br>THE CITY OF NEW YORK, PORT AUTHORITY OF NEW YORK AND NEW JERSEY, AND POLICE/PEACE/SECURITY OFFICER "JOHN DOE",<br>                           Defendants. | Civil Action No.:15-cv-5167<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Rosenbaum & Taylor, P.C., with offices located at 7-11 South Broadway, Suite 401, White Plains, New York 10601, hereby appears on behalf of Defendant PORT AUTHORITY OF NEW YORK AND NEW JERSEY and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and e-mail address indicated below.

The party to this notice of appearance reserves all rights and defenses it may have, and such appearance shall not impair or otherwise affect such rights and defenses, which rights and defenses are expressly reserved.

I hereby certify that I am admitted to practice before this Court.

Dated: White Plains, New York
       December 1, 2015

_____
Scott P. Taylor (SPT7761)
spt@rosenbaumtaylor.com


_____
Dara L. Rosenbaum (DR0606)
DLR@rosenbaumtaylor.com
*Incoming Attorneys for Defendant*
PORT AUTHORITY OF NEW YORK AND NEW JERSEY
7-11 South Broadway, Suite 401
White Plains, NY 10601
(914) 358-4422

TO:

HARMON & LINDER
Mark J. Linder, Esq.
*Attorneys for Plaintiff*
*DEOBRAH WOODS*
3 Park Avenue, Suite 2300
New York, New York 10016
(212) 732-3665

NEW YORK CITY LAW DEPARTMENT
Suzanne E. Aribakan, Esq.
*Attorneys for Defendant*
*The City of New York*
100 Church Street
New York, New York 10007
(212) 356-2386

2

## CERTIFICATE OF SERVICE

This is to certify that on this the 1st day of December 2015, a true and correct copy of the foregoing NOTICE OF APPEARANCE was served on the following counsel of record as indicated below:

<u>Via NYSCEF, EDNY CM/ECF</u>

| | |
|---|---|
| HARMON & LINDER<br>Mark J. Linder, Esq.<br>*Attorneys for Plaintiff*<br>*DEOBRAH WOODS*<br>3 Park Avenue, Suite 2300<br>New York, New York 10016<br>(212) 732-3665 | NEW YORK CITY LAW DEPARTMENT<br>Suzanne E. Aribakan, Esq.<br>*Attorneys for Defendant*<br>*The City of New York*<br>100 Church Street<br>New York, New York 10007<br>(212) 356-2386 |

Samantha Tejera