UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DEBORAH WOODS

                Plaintiff,

- against -

THE CITY OF NEW YORK, PORT AUTHORITY OF NEW YORK AND NEW JERSEY, AND POLICE/PEACE/SECURITY OFFICER "JOHN DOE",

                Defendants.

CIVIL ACTION NO.:
15-cv-5167

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel and pursuant to Local Rule 1.4, that the law firm of Rosenbaum & Taylor, P.C. hereby is substituted in place of the law firm of Dentons US LLP as counsel of record for Defendant Port Authority of New York and New Jersey in the above-captioned action. A Declaration in support of this Stipulation and Order for Substitution of Counsel is attached hereto pursuant to Local Rule 1.4 with a fully executed Consent to Change Attorneys form.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon the undersigned incoming counsel.

Dated: White Plains, New York
       November 11, 2015

| | |
|---|---|
| ROSENBAUM & TAYLOR, P.C. | DENTONS US LLP |
| _____ | _____ |
| Scott P. Taylor, Esq. | Diane Westwood Wilson, Esq. |
| *Incoming Attorneys for Defendant* | Rebecca Tingey, Esq. |
| PORT AUTHORITY OF NEW YORK | *Outgoing Attorneys for Defendant* |
| AND NEW JERSEY | PORT AUTHORITY OF NEW YORK |
| 7-11 South Broadway, Suite 401 | AND NEW JERSEY |
| White Plains, New York 10601 | 1221 Avenue of the Americas |
| (914) 358-4422 | New York, New York 10020 |
| | Tel: (212) 905-8369 |
| | |
| HARMON & LINDER | NEW YORK CITY LAW DEPARTMENT |
| | _____ |
| Mark J. Linder, Esq. | Suzanne E. Aribakan, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| DEOBRAH WOODS | The City of New York |
| 3 Park Avenue, Suite 2300 | 100 Church Street |
| New York, New York 10016 | New York, New York 10007 |
| (212) 732-3665 | (212) 356-2386 |

SO ORDERED

_____, November _____, 2015
The Honorable Sterling Johnson