

7-11 South Broadway, Suite 401
White Plains, New York 10601
*tel* 914.358.4422
*fax* 914.560.2236
www.rosenbaumtaylor.com

60 East 42nd Street, Suite 4600
New York, New York 10017
*tel* 212.485.9814
*fax* 212.485.9815

*Kindly direct all correspondence
to the White Plains office*

**February 16, 2016**

Hon. Marilyn D. Go
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: **Woods v. The City of New York, et al., No. 15-cv-05167 (SJ) (MDG)**

Dear Judge Go:

  This office represents Port Authority of New York and New Jersey in the above-referenced lawsuit.

  On or about December 9, 2015, plaintiff's office and this office executed a Stipulation agreeing to limit damages in this matter and to remand the case from this Court back to New York State Court. Then-defendant City Of New York did not execute the Stipulation, but it has subsequently been dismissed from this lawsuit by Order of Judge Sterling Johnson, on or about January 21, 2015, leaving my client as the sole remaining defendant who has appeared in this action.

  Accordingly, since the parties have agreed to have this case remanded back to State Court, plaintiff's counsel, Mark J. Linder of Harmon, Linder & Rogowsky, and I jointly and respectfully request that tomorrow's telephone conference with Your Honor be cancelled.

  A copy of the aforementioned Stipulation is accompanying this letter.

                Respectfully,

                Scott Taylor

cc. Harmon, Linder & Rogowsky