UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEBORAH WOODS,

                    Plaintiff,

-against-

THE CITY OF NEW YORK, PORT AUTHORITY OF
NEWYORK AND NEW JERSEY and
POLICE/PEACE/SECURITY OFFICER "JOHN DOE",

                    Defendant.
-----------------------------------------------------------------X

**Stipulation to Limit Damages and Remand to State Court**

Docket No.:

    **IT IS HEREBY STIPULATED TO AND AGREED** by and between the undersigned attorneys of record for the respective parties hereto that the plaintiff's damages are limited to no more than $75,000.00 exclusive of interest, costs and disbursements, if any, and it is further,

    **STIPULATED TO AND AGREED** that this matter be remanded to the Supreme Court of the State of New York for the County of Queens, and it is further,

    **STIPULATED TO AND AGREED** that this limitation of damages shall apply in Supreme Court Queens County, and it is further,

    **STIPULATED TO AND AGREED** that for the purpose of this document, facsimile copies will be treated as originals.

DATED    NEW YORK, New York
                December 9, 2015

_____
Suzanne E. Aribakan, Esq.
New York City Law Department
Attorneys for Defendant
The City of New York
100 Church Street
New York, NY 10007
(212) 356-2386

_Mark J. Linder, Esq._
Mark J. Linder, Esq.
Attorney for Plaintiff(s)
Deborah Woods
3 Park Avenue, 23rd Floor
Suite 2300
New York, NY 10016

_Dara L. Rosenbaum_ (DR0606)
Dara L. Rosenbaum, Esq.
Rosenbaum & Taylor, PC
Attorneys for Defendant
The Port Authority of NY &NJ
7-11 South Broadway, Suite 401
White Plains, New York 10601
(914) 358-4422