UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEBORAH WOODS,

                          Plaintiff,                        **Stipulation to Limit Damages and Remand to State Court**

               -against-

THE CITY OF NEW YORK, PORT AUTHORITY OF      Docket No.: 15CV5167
NEWYORK AND NEW JERSEY and
POLICE/PEACE/SECURITY OFFICER "JOHN DOE",

                          Defendant.
-----------------------------------------------------------------X

        **IT IS HEREBY STIPULATED TO AND AGREED** by and between the undersigned attorneys of record for the respective parties hereto that the plaintiff's damages are limited to no more than $75,000.00 exclusive of interest, costs and disbursements, if any, and it is further,

        **STIPULATED TO AND AGREED** that this matter be remanded to the Supreme Court of the State of New York for the County of Queens, and it is further,

        **STIPULATED TO AND AGREED** that this limitation of damages shall apply in Supreme Court Queens County, and it is further,

        **STIPULATED TO AND AGREED** that for the purpose of this document, facsimile copies will be treated as originals.

DATED     NEW YORK, New York
              February 17, 2016

Mark J. Linder, Esq.                      Scott P. Taylor, Esq.
Attorney for Plaintiff(s)                Rosenbaum & Taylor, PC
Deborah Woods                          Attorneys for Defendant
3 Park Avenue, 23rd Floor            The Port Authority of NY &NJ
Suite 2300                                 7-11 South Broadway, Suite
New York, NY 10016                  401 White Plains, New York
                                                 10601