UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEBORAH WOODS,

                        Plaintiff,

-against-

THE CITY OF NEW YORK, PORT AUTHORITY OF
NEW YORK AND NEW JERSEY and
POLICE/PEACE/SECURITY OFFICER "JOHN DOE",

                        Defendant.
------------------------------------------------------------X

**Stipulation to Limit Damages and Remand to State Court**

Docket No.: 15CV5167

**IT IS HEREBY STIPULATED TO AND AGREED** by and between the undersigned attorneys of record for the respective parties hereto that the plaintiff's damages are limited to no more than $75,000.00 exclusive of interest, costs and disbursements, if any, and it is further,

**STIPULATED TO AND AGREED** that this matter be remanded to the Supreme Court of the State of New York for the County of Queens, and it is further,

**STIPULATED TO AND AGREED** that this limitation of damages shall apply in Supreme Court Queens County, and it is further,

**STIPULATED TO AND AGREED** that for the purpose of this document, facsimile copies will be treated as originals.

DATED     NEW YORK, New York
             February 17, 2016

---

Mark J. Linder, Esq.
Attorney for Plaintiff(s)
Deborah Woods
3 Park Avenue, 23rd Floor
Suite 2300
New York, NY 10016

Scott P. Taylor, Esq.
Rosenbaum & Taylor, PC
Attorneys for Defendant
The Port Authority of NY &NJ
7-11 South Broadway, Suite 401
White Plains, New York 10601

SO ORDERED
on this _19th_ day of _February_ 2016

b/ USDJ JOHNSON
STERLING JOHNSON, JR., SENIOR U.S.D.J.